IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS A. HIGH, Individually<br>and On Behalf of All Others<br>Similarly Situated, | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | NO. 3:04-0121<br>JUDGE HAYNES |
| SATURN CORPORATION, | )<br>) | |
| Defendant. | )<br>) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for class certification (Docket Entry No. 18) is **DENIED** as moot and the Defendant's motion for summary judgment (Docket Entry No. 39) is **GRANTED**. Plaintiffs' claims are hereby **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 13th day of July, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge